# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ronda Pino,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Healthcare Regional Center CCA/EOS CCA;<br>and Does 1-10, inclusive,<br><br>　　　　Defendants. | Civil Action No.: 1:11-cv-11790-JCB |

## PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff, Ronda Pino, through her undersigned counsel, hereby provides notice that she accepts Defendant's Offer of Judgment in the amount of One Thousand Seven Hundred Fifty Dollars ($1,750.00), inclusive of Plaintiff's costs and attorney's fees.  A copy of Defendant's Offer of Judgment is attached hereto as Exhibit A.

Dated: March 14, 2012

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Sergei Lemberg

　　　　　　　　　　　　　　　　　　　　　　　　Sergei Lemberg
　　　　　　　　　　　　　　　　　　　　　　　　Lemberg & Associates L.L.C.
　　　　　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (877) 795-3666
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2012, a true and correct copy of the foregoing Acceptance of Offer of Judgment was served electronically via the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following counsel of record:

Andrew M. Schneiderman
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
*Attorneys for Defendants*

                                           By /s/ Sergei Lemberg
                                                 Sergei Lemberg, Esq.